**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6270**

---

DONALD R. DEHANEY, JR.,

Plaintiff - Appellant,

versus

ALEXANDER WILLIS, Nurse; WILLIAM L. SMITH,
Warden; MOMODU JACK, Doctor; ASRESAHEGN
GETACHEW, Doctor,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Deborah K. Chasanow, District Judge. (CA-
95-2629-DKC)

---

Submitted: June 20, 1996      Decided: July 1, 1996

---

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Donald R. Dehaney, Jr., Appellant Pro Se. John Joseph Curran, Jr.,
Attorney General, Kimberly Smith Ward, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland; Philip Melton Andrews,
Karl Joseph Nelson, KRAMON & GRAHAM, P.A., Baltimore, Maryland, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Dehaney v. Willis</u>, No. CA-95-2629-DKC (D. Md. Feb. 5, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2